# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2858
LT Case No. 2017-CF-001849-A

———————————————

MICHAEL JERMAINE COLEMAN,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

3.850 appeal from the Circuit Court for Seminole County.
Melissa Souto, Judge.

Michael Jermaine Coleman, Madison, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

September 5, 2023

PER CURIAM.

 AFFIRMED.

WALLIS, LAMBERT, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————